**UNITED STATES BANKRUTPCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JONATHAN STERLING JOHNSTON,** | ) | **CHAPTER 13** |
| **BEVERLY DAWN JOHNSTON,** | ) | |
| | ) | **CASE NO. 25-54272-JWC** |
| **DEBTORS,** | ) | |
| | ) | **JUDGE CAVENDER** |

**MOTION TO RATIFY RETAIN FUNDS**

COME NOW, **JONATHAN STERLING JOHNSTON and BEVERLY DAWN JOHNSTON**, Debtors, and show this court the following:

1. The Debtors filed a Chapter 13 case on April 18, 2025.
2. Debtor/Beverly is required to turn over her annual bonus to the Chapter 13 Trustee.
3. Unforeseen maintenance issues at the Debtors' home required immediate attention, and Debtor/Beverly needed to use her bonus to make the necessary repairs. The repairs included replacing the HVAC unit and repairing the water heater.
4. Debtor/Beverly's annual bonus was $11,776.24 after taxes were deducted (attached as Exhibit "A").
5. Proof of the necessary repairs are attached as Exhibit "B." The cost of the water heater repair was $10,000, and the cost of the HVAC unit replacement was $2,776.

**WHEREFORE**, the Debtors respectfully request an Order from the Court as follows:

a. Allowing the Debtors to retroactively retain the entire bonus as listed above; and
b. For any further relief that the Court may deem just and proper.

This 22nd day of June, 2026.

Respectfully Submitted,

/s/ Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUTPCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JONATHAN STERLING JOHNSTON,** | ) | **CHAPTER 13** |
| **BEVERLY DAWN JOHNSTON,** | ) | |
| | ) | **CASE NO. 25-54272-JWC** |
| **DEBTORS,** | ) | |
| | ) | **JUDGE CAVENDER** |

**NOTICE OF MOTION TO RATIFY RETAIN FUNDS,**
**DEADLINE TO OBJECTION AND HEARING**

**PLEASE TAKE NOTICE** that, **JONATHAN STERLING JOHNSTON and BEVERLY DAWN JOHNSTON,** have filed **Motion to Ratify Retain Funds on** June 22, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk, Clerk's Office** is U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303 and serve a copy on the movant's attorney, Jeffrey B. Kelly at 107 E 5th Ave Rome, GA 30165, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time

**A hearing on the pleading has been scheduled for July 28, 2026. The Courts will hold a hearing on the Motion to Ratify Retain Funds at 10:20 am on July 28, 2026 in Courtroom 1203 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.**

If an objection or response is timely filed and served, the hearing will proceed as scheduled. If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing provided that an order approving the relief is requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but not order is entered granting relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

This 22nd day of June, 2026

/s/ Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

"Exhibit A"

Covius Services, LLC 720 S. Colorado Blvd Suite 200 Glendale, CO 80246 +1 (303) 6987502

Dawn Johnston 4632 Spotted Pony Way Acworth, GA 30101

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dawn Johnston | Covius Services, LLC | W-10285 | 03/06/2026 | 03/06/2026 | 03/06/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 18,699.66 | 560.99 | 6,362.43 | 0.00 | 11,776.24 |
| YTD | 42,673.62 | 3,273.08 | 11,622.61 | 814.79 | 26,963.14 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| AIP Bonus | 03/06/2026 - 03/06/2026 | 0 | 0 | 18,699.66 | 0 | 18,699.66 |
| Base Salary | | | 0 | | 400 | 19,179.16 |
| Bereavement | | | 0 | | 32 | 1,917.92 |
| Holiday Pay | | | 0 | | 16 | 958.96 |
| Paid Time Off | | | 0 | | 32 | 1,917.92 |
| Earnings | | | | 18,699.66 | | 42,673.62 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 1,159.38 | 2,522.21 |
| Medicare | 271.14 | 589.87 |
| Federal Withholding | 3,990.51 | 6,585.42 |
| State Tax - GA | 941.40 | 1,925.11 |
| Employee Taxes | 6,362.43 | 11,622.61 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 560.99 | 1,280.24 |
| EE - Dental Pretax | | 163.80 |
| EE - Health Savings Account HSA | | 200.00 |
| EE - Medical Pretax | | 1,200.00 |
| EE - Vision Pretax | | 29.04 |
| FSA LIMITED | | 400.00 |
| Pre Tax Deductions | 560.99 | 3,273.08 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K LOAN (401k Loan 2) | | 469.75 |
| CRITICAL 30K | | 121.52 |
| EE - Long Term Disability | | 98.00 |
| EE - Spouse Life | | 11.52 |
| VOL EE LIFE | | 114.00 |
| Post Tax Deductions | 0.00 | 814.79 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 560.99 | 1,280.19 |
| ER - Basic Life | | 6.00 |
| ER - Dental | | 34.28 |
| ER - Medical | | 2,179.64 |
| ER - Short Term Disability | | 69.40 |
| ER Health Savings Account HSA | | 200.00 |
| Employer Paid Benefits | 560.99 | 3,769.51 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 18,699.66 | 40,680.78 |
| Medicare - Taxable Wages | 18,699.66 | 40,680.78 |
| Federal Withholding - Taxable Wages | 18,138.67 | 39,400.54 |
| State Tax Taxable Wages - GA | 18,138.67 | 39,400.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 1 |
| Total Dependent Amount | 2000 | |
| Additional Withholding | 0 | 0 |

**Absence**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Flex Time | 0 | 0 | 40 |
| Paid Time Off (PTO) | 0 | 0 | 218.67 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | USAA FEDERAL SAVINGS BANK * | | | 11,776.24 USD |

Union Heating and Air

Carlos Torres

CR110595 7708800841

Unionheatingandair@gmail.com

"Exhibit B"

ESTIMATE

EST0051

DATE

05/10/2026

TOTAL

USD $10,000.00

TO

## Dawn Johnston

4632 Spotted Pony Way Acworth Ga 30101

6787933550

johnstonb0923@yahoo.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| 4 tons Goodman Furnace | $0.00 | 1 | $0.00 |
| 4 tons Goodman Coil | $0.00 | 1 | $0.00 |
| 4 tons Goodman Condenser | $0.00 | 1 | $0.00 |
| **Total**<br>Scope of work: Installation of a 4-ton Goodman full system, including furnace coil and condenser. This includes the following components:<br>- New disconnect<br>- Drain pan<br>- Water safety mechanism<br>- New supply and return plenum with bump-up box<br>- 20x25x1 filter rack<br>-new wifi thermostat honeywell t6<br><br>The installation will be accompanied by a 10-year manufacturer warranty and 5 years of free labor. | $10,000.00 | 1 | $10,000.00 |

TOTAL **USD $10,000.00**

USAA®

Dawn Johnston
3230 Citation Ave NW
Kennesaw, GA 30144-7306

486
30-7426/3140

Date: 5-11-26

Pay to the Order of: Union Heating + Air $ 10,000

Ten Thousand & no/100's Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

I am the way, the truth and the life. (John 14:6)

For: HVAC

Dawn Johnston

For security and protection, this section has been removed.

Casteel Heating, Cooling, Plumbing and Electrical
2218 Canton Road Marietta, GA 30066
P: 770-565-5884
F: 770-792-6670
www.casteelair.com
HVAC LIC# GA:CN211288
PLUMBING LIC# MP210486
ELECTRICAL LIC# EN215639

**BILL TO**
Dawn Johnston
4632 Spotted Pony Way Northwest
Acworth, GA 30101 USA

| INVOICE | INVOICE DATE |
|---|---|
| 1028076 | Jun 04, 2026 |

**JOB ADDRESS**
Dawn Johnston
4632 Spotted Pony Way Northwest
Acworth, GA 30101 USA

**Completed Date:** 6/4/2026
**Payment Term:** Due Upon Receipt
**Due Date:** 6/4/2026

## DESCRIPTION OF WORK

INSTALL 40 GALLON GAS WATER LOCATED IN GARAGE
SOLD BY TOM AVERY
$2776 CREDIT CARD

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| ACY-WH-NG-2 | K836: Water Heater NG 40 Gallon:<br><br>A properly sized water heater will provide you with years of trouble free service.<br>Choosing the best size for your needs reduces the annual cost of hot water.<br>Uses existing connections.<br>Includes 3/4in valve, drain valve expansion tank, foam insulation, and removal of old water heater. | 1.00 | $2,776.00 | $2,776.00 |
| GCG50 | GCG50:<br>AO SMITH GAS/50G^Natural Gas 50 Tall Water Heater<br>AGCG5000L010000 | 1.00 | $0.00 | $0.00 |

AO SMITH GCG5000L010000 S/N: 2617147964420

| PAID ON | TYPE | MEMO | AMOUNT |
|---|---|---|---|
| 6/4/2026 | Visa | | $2,776.00 |

| | |
|---|---|
| **SUB-TOTAL** | $2,776.00 |
| **TAX** | $0.00 |
| **TOTAL DUE** | $2,776.00 |
| **PAYMENT** | $2,776.00 |
| **BALANCE DUE** | **$0.00** |

**CUSTOMER AUTHORIZATION**

I hereby authorize the above repairs in the total of $2,776.00 to be completed by Casteel Heating, Cooling, Plumbing and Electrical.

Sign here [signature] Date 6/4/2026

**CUSTOMER ACKNOWLEDGEMENT**

I hereby acknowledge the above repairs in the total of $2,776.00 to have been completed to my satisfaction by Casteel Heating, Cooling, Plumbing and Electrical.

Disclaimers and Waivers:
Hazardous Materials: When the Company replaces equipment or ductwork in a customer's home (and particularly in older homes), it may encounter hazardous materials such as asbestos, lead paint, mold, formaldehyde, radioactive materials, hazardous wastes or other toxic or contaminated substances or similar materials (together, "Hazardous Materials"). Customer understands that the services provided by the Company do not include performing or arranging for the detection, handling, removal, transportation or disposal of Hazardous Materials. The Company will notify the customer immediately if it encounters any such Hazardous Materials while performing services. In such case, customer will be solely responsible for the removal, cleanup and proper disposal of such Hazardous Materials in accordance with all applicable laws, and for the costs thereof. Customer shall indemnify, defend and hold the Company and its directors, officers, employees, contractors, agents, successors and assigns harmless from and against any damages, costs, liabilities, injuries or expenses (including reasonable attorneys' fees) arising from or in connection with the presence of any Hazardous Materials encountered in, on, under or about the customer's premises.

Casteel cannot be held liable for the following conditions:

1. Water damage due to line blockage, failed pump, frozen lines or broken pipes. Any of these conditions can happen at any time and is out of the control of Casteel. Casteel will flush the lines to ensure proper flow at the time of service. Casteel is not responsible for future costs to modify or repair a drain system to meet code requirements.
2. Casteel is not responsible for the existing condition of the attic pull down stairs. If the stairs are unsafe to be utilized or removed for installation, alternative methods may be needed to access the equipment. Casteel cannot be held liable for the replacement or repair of attic stairs that has no negligence on our part.
3. Casteel is not responsible for patching, painting or repairing walls and floors due to modifications and the installation work completed in the home.

Sign here Date 6/4/2026

I authorize Casteel HVAC Installation Department to charge the agreed amount to my credit card provided herein. I agree that I will pay for this purchase in accordance with the issuing bank cardholder agreement.

Sign here Date 6/4/2026

USAA®

Friday, June 19, 2026

Transaction Details

| | |
|---|---|
| Amount: | -$2,776.00 |
| Description: | Casteel Hvac |
| Posted Date: | June 4, 2026 |
| Category: | Home Improvement |
| Status: | Posted |
| Original Description: | Casteel HVAC Wilmington DE |
| Additional Details: | DEBIT CARD PURCHASE |
| Cardnumber: | |
| Cardholder: | DAWN JOHNSTON |
| Auth. Date: | June 4, 2026 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2026 I electronically filed the foregoing Motion to Ratify Retain Funds with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Street, Ste 120
Atlanta, GA 30303

Beverly Johnston
4632 Spotted Pony Way NW
Acworth GA 30101

*All creditors on the attached matrix.*

This 22nd day of June, 2026.

_/s/ Jeffrey B. Kelly_______________
Jeffrey B. Kelly, Esquire
Attorney for Debtors
Bar No. 412798
Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-54272-jwc<br>Northern District of Georgia<br>Atlanta<br>Mon Jun 22 09:22:50 EDT 2026 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 | Aldridge Pite Haan, LLP<br>Atty for LVNV Funding LLC<br>PO Box 7389<br>Marietta, GA 30065-1389 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank<br>PO Box 52815<br>Atlanta, GA 30355-0815 |
| (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit Financial Services, Inc. DBA GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | Brock Investments<br>2591 Hiram Acworth Hwy<br>Dallas, GA 30157-7352 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Capital One Bank USA NA<br>10700 Capital One Way<br>Glen Allen, VA 23060-9243 |
| Carmax<br>1215 Ernest W Barrett Parkway<br>Kennesaw, GA 30144-4540 | Cavalry Portfolio SVCS<br>500 Summit Lake Drive<br>Ste 4A<br>Valhalla, NY 10595-2323 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2321 |
| Cavalry SPV I, LLC as assignee<br>of Synchrony Bank/Amazon<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Celtic Bank<br>268 S State St<br>Ste 300<br>Salt Lake City, UT 84111-5314 | (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| Cobb County Magistrate Court<br>30 Waddell St<br>Marietta, GA 30090-2905 | (p)COBB COUNTY MAGISTRATE COURT<br>32 WADDELL STREET NORTHEAST<br>BLDG D FLOOR 2<br>MARIETTA GA 30090-2900 | Cobb EMC<br>PO Box 369<br>Marietta, GA 30061-0369 |
| CobbCountyUtility<br>660 S Cobb Dr<br>Marietta, GA 30060-3105 | Collection Management Co<br>661 Andersen Dr<br>Ste 110<br>Pittsburgh, PA 15220-2700 | Comcast<br>707 E 1st Street<br>Rome, GA 30161-3145 |
| Credit Collection Servic<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Credit One Bank NA<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | Daryl Alan Neisess<br>4290 Bells Ferry Rd<br>Kennesaw, GA 30144-7140 |

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Discover FIN SVCS LLC
P.O. Box 15316
Wilmington, DE 19850-5316

Janica Drayton
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076-2102

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Evans Mill Homeowners Assoc In
110 Evans Mill Dr
Ste 701
Dallas, GA 30157-1642

Experian
PO Box 9701
Allen, TX 75013-9701

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fifth Third Bank N.A.
PO Box 9013
Addison, Texas 75001-9013

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

GM Financial
P.O. Box 181145
Arlington, TX 76096-1145

Geico Indemnity Co
PO Box 55123
Boston, MA 02205

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Andrew Head
Head Law Firm, LLC
4422 N. Ravenswood Ave
Chicago, IL 60640-5803

Hulu
12312 W Olympic Blvd
Los Angeles, CA 90064

Insurance Self Reported
PO Box 4500
Allen, TX 75013-1311

Internal Revenue Service
401 W Peachtree St NW
Room 400, Stop 334 D
Atlanta, GA 30308-3510

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jamal K Williams
Atty for Evan Mills HOA Inc
3520 PIedmont Rd Ste 415
Atlanta, GA 30305-1512

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Beverly Dawn Johnston
4632 Spotted Pony Way NW
Acworth, GA 30101-6812

Jonathan Sterling Johnston
4632 Spotted Pony Way NW
Acworth, GA 30101-6812

Maria C. Joyner
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

Jeffrey Branan Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161-1725

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
c/o Resurgent Capital Services
55 Beattie Pl, Ste 110, MS#402
Greenville, SC 29601-5115

Lakeview Servicing, LLC
M & T Bank
Bankruptcy Department
P.O. Box 840
Buffalo NY 14240-0840

Lending Club Corporation
21 Stevenson Ste 300
San Francisco, CA 94105-2706

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

M&T Bank
P.O. Box 619063
Dallas, TX 75261-9063

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mandarich Law Group, LLP
Atty for Cavalry SPV I LLC
125 Townpark Dr Ste 300
Kennesaw, GA 30144-3231

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123-2255

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Net Credit
175 W. Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

Netflix
100 Winchester Cir
Los Gatos, CA 95032-1815

OPP Loans
130 E Randoolph St Ste 1650
Chicago, IL 60601-6241

OneMain
PO Box 1010
Evansville, IN 47706-1010

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Opportunity Financial, LLC
P.O. Box 5040
Fredericksburg, VA 22403-0640

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Paulding County Magistrate
290 Constitution Blvd
FIrst Floor
Dallas, GA 30132

Paulding County Superior Court
280 Constitution Blvd.
Room 1023
Dallas, GA 30132-4616

Quantum3 Group LLC as agent for
CASCADE CAPITAL FUNDING LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Republic Bank
50 S 16 St
Ste 2400
Philadelphia, PA 19102-2526

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Richard Kemp
C/o Jeffrey B Telley
27 Courthouse Sq
Dallas, GA 30132-4131

Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Sylvester Holland
581 Ridge Lake Ln
Marietta, GA 30064-1168

Synchrony Bank
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank
c/o of Zwicker and Associates
2470 Satellie Blvd Suite 120
Duluth, GA 30096-5801

TBOM/Fortiva MC
PO Box 105555
Atlanta, GA 30348-5555

TBOM/Milestone
PO Box 4499
Beaverton, OR 97076-4499

TBOM/Total Visa
PO Box 85710
Sioux Falls, SD 57118-5710

Telecom Self-reported
PO Box 4500
Allen, TX 75013-1311

The Bortolazzo Group LLC
PO Box 14099
Belfast, ME 04915-4034

Tmobile
P O Box 2400
Young America, MN 55397

Trans Union
PO Box 1000
Chester, PA 19016-1000

Truist Bank
214 N Tryon St
Charlotte, NC 28202-1078

Truist Bank
PO Box 85092
Richmond, VA 23285-5092

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

USAA Federal Savings Bank
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Ste 100
Boca Raton, FL 33487-2853

USAA Federal Savings Bank
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

USAA Federal Savings Bank
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

USAA Savings Bank
P.O. Box 47504
San Antonio, TX 78265

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Utility Self-reported
PO Box 4500
Allen, TX 75013-1311

(p)VIVE FINANCIAL LLC
ATTN BANKRUPTCY
P O BOX 708670
SANDY UT 84070-8639

WebBank
215 S State St
Ste 1000
Salt Lake City, UT 84111-2336

Webbank/Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Wellstar Kennestone Hospital
677 Church St
Marietta, GA 30060-1148

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

1st Franklin Financial Cor
213 E Tugalo St
Toccoa, GA 30577-2127

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

CCS/First National Bank
500 E 60th St N
Sioux Falls, SD 57104

Cavalry Portfolio Services
PO Box 1017
Hawthorne, NY 10532

Celtic Bank/ContFINCO
121 Continental Dr STE 1
Newark, DE 19713

Cobb County Magistrate Court
32 Waddell St
Marietta, GA 30090

Equifax
PO Box 740241
Atlanta, GA 30374-0241

FNB Omaha
1620 Dodge Street
Omaha, NE 68197

Fifth Third Bank
5050 Kingsley Dr # MD 1MO
Cincinnati, OH 45263

(d)First National Bank of Omaha
1620 Dodge St Stop Code 3113
Omaha, Ne 68197

Georgia Department of Revenue
314 E Main St Ste 150
Cartersville, GA 30120

(d)Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE Ste 339
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Mission Lane Tab Bank
101 2nd St Ste 350
San Francisco, CA 94105

PNC Bank NA
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

(d)PNC Bank, N.A.
222 Delaware Ave
Wilmington, DE 19899

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

(d)Republic Finance, LLC
7031 Commerce Circle
Suite 100
Baton Rouge, LA 70809

(d)TBOM/Contfin
PO Box 8099
Newark, DE 19714

US Dept of HUD
Five Points Plaza Bldg
40 Marietta St
Atlanta, GA 30303

Vive Financial
380 Data Dr Ste 200
Draper, UT 84020

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING LLC

(u)UnitedServicesAutoMobileA

End of Label Matrix
Mailable recipients 109
Bypassed recipients 2
Total 111